DAVID A. HUBBERT
Deputy Assistant Attorney General

GOKCE T. YUREKLI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 598-0581
Fax: (202) 514-6866
Gokce.T.Yurekli@usdoj.gov
*Attorney for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ALBERT BOUFARAH,<br><br>   Defendant. | Case No. 3:22-cv-4476 |

**COMPLAINT**

The United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of Treasury, and at the direction of the Attorney General of the United States, brings this action to collect the unpaid federal income taxes and statutory additions to tax assessed against Defendant Albert Boufarah for tax years 2009 through 2013.

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1340, and 1345, and 26 U.S.C. § 7402(a).

2. Venue is proper in the District of New Jersey pursuant to 28 U.S.C. § 1391.  The Defendant resides in Ocean County, New Jersey.

## PARTIES

3. Plaintiff is the United States of America.

4. Defendant Albert Boufarah resides at 1322 Vincenzo Dr., Toms River, NJ 08753.

## CLAIM FOR RELIEF

5. A delegate of the Secretary of Treasury made assessments against Albert Boufarah for unpaid federal income taxes for the following taxable periods:

| Tax Period Ending | Type of Tax | Date of Assessment | Amount Assessed | Amount owed as of June 20, 2022 |
|---|---|---|---|---|
| 12/31/2009 | Form 1040 | 11/22/2010 | $194,690.00 | $199,176.60 |
|  | Penalties[1] |  | $28,314.25 |  |
| 12/31/2010 | Form 1040 | 11/21/2011 | $124,193.00 | $162,194.54 |
|  | Penalties |  | $21,855.50 |  |
| 12/31/2011 | Form 1040 | 08/27/2012 | $93,921.00 | $104,945.82 |
|  | Penalties |  | $14,562.49 |  |
| 12/31/2012 | Form 1040 | 08/05/2013 | $148,393.00 | $233,194.64 |
|  | Penalties |  | $30,133.00 |  |
|  | Late filing penalty[2] |  | $16,271.82 |  |
| 12/31/2013 | Form 1040 | 06/02/2014 | $46,608.00 | $70,216.70 |
|  | Penalties |  | $10,456.74 |  |
|  |  |  | **Total Outstanding Balance:** | **$769,728.30** |

6. Penalties and interest have been assessed and have accrued according to law on the unpaid balance of assessments set forth in Paragraph 5, above, and will continue to accrue until paid in full.

7. A delegate of the Secretary of the Treasury gave notice of the tax assessments set forth in Paragraph 5, above, to Albert Boufarah and made demand for payment of those assessments.

---

[1] The IRS assessed additions to tax for the late payment of tax under I.R.C. § 6651(a)(2) and failure to pay estimated tax under I.R.C. § 6654.
[2] The IRS assessed a late filing penalty under I.R.C. § 6651(a)(1).

8.	Despite notice and demand for payment of the assessments set forth in Paragraph 5, above, Albert Boufarah has neglected or refused to make full payment of those assessments to the United States.

9.	As of June 20, 2022, with respect to the assessments described in Paragraph 5, above, Albert Boufarah is indebted to the United States in the amount of $769,728.30 for federal income taxes, penalties, and interest, plus statutory additions accruing after that date as provided by law.

WHEREFORE, the United States respectfully prays as follows:

A.	That the Court enter judgment in favor of the United States and against Defendant Albert Boufarah with respect to their unpaid federal income tax liabilities for tax years 2009 through 2013, described in Paragraph 5, above, in the amount of $769,728.30 as of June 20, 2022, plus statutory interest and other additions to tax accruing thereafter according to law until paid in full; and

B.	That the Court award such other and further relief, including the costs of this action, as may be deemed just and proper under the circumstances.

Dated: July 8, 2022

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Gokce T. Yurekli*
GOKCE T. YUREKLI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 598-0581
Fax: (202) 514-6866
Gokce.T.Yurekli@usdoj.gov
*Attorney for the United States*

## DESIGNATION UNDER LOCAL RULE OF CIVIL PROCEDURE 101.1(f)

In accordance with Local Rule of Civil Procedure 101.1(f), the undersigned hereby designate the United States Attorney for the District of New Jersey to receive service of all notices or papers in this action at the following address:

>Chief, Civil Division
>United States Attorney's Office
>District of New Jersey
>970 Broad Street, Ste. 700
>Newark, New Jersey 07102

>*/s/ Gokce T. Yurekli*
>GOKCE T. YUREKLI
>Trial Attorney, Tax Division
>U.S. Department of Justice
>*Attorney for the United States*

## LOCAL CIVIL RULE 11.2 CERTIFICATION

Pursuant to Local Civil Rule 11.2, I certify that the matter in controversy alleged in the foregoing Complaint is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

>*/s/ Gokce T. Yurekli*
>GOKCE T. YUREKLI
>Trial Attorney, Tax Division
>U.S. Department of Justice
>*Attorney for the United States*